WILLIAM FLEMING *vs.* W. A. ALDEN and others.

November 14, 1890.

*Evidence held to sustain a finding of fact.*

Action brought in the district court for Hennepin county, to recover from the defendant Alden a balance of $1,869.98, purchase-money on a sale of logs, and to enforce a mortgage given by the other defendants as security for the payment of the price of the logs. Defence, fraudulent representations by plaintiff, when making the sale. Trial before *Lochren,* J., who ordered judgment for plaintiff for the full amount claimed by him. Defendants appeal from an order refusing a new trial.

*Russell & Reed,* for appellants.

*M. A. Spooner* and *Armstrong Taylor,* for respondent.

GILFILLAN, C. J.　The finding of fact by the court below, after its statement of the facts specially found by it, "that all other allegations in the pleadings are found to be untrue," is a finding that plaintiff did not make any of the false representations alleged in the answers; and, although there was some evidence tending to prove the making of some of the representations, it was not of so clear and satisfactory a character that we can say the court was bound to find the representations or any of them to have been made. Its finding is therefore conclusive. That being so, inasmuch as none of the errors alleged in admitting or excluding evidence were as to evidence bearing on that issue, it is unnecessary for us to consider any other assignment of error, for, with that issue found against them, error on any other issue could not prejudice the defendants.

Order affirmed.